# Exhibit A

## Order Dismissing Granting CPL § 440.10 Motion in People v. Emel Mcdowell, Ind. No. 12088/90

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS: CRIMINAL TERM, PART 4

---

THE PEOPLE OF THE STATE OF NEW YORK,

    --against--

EMEL MCDOWELL,

    Defendant.

DECISION & ORDER
Indictment Number 12088/90

---

Hon. Matthew D'Emic, J:

Defendant moves to vacate his conviction, pursuant to C.P.L. § 440.10. In determining this motion, the court has heard defendant's oral motion to vacate and the People's consent to vacate judgment pursuant to C.P.L. § 440.10(1)(g) and (h).

The Court grants the defendant's motion to vacate. Accordingly, the judgment of conviction and sentence in the above-captioned matter is vacated.

Further, based on their representation that they no longer have sufficient evidence to prove defendant's guilt beyond a reasonable doubt, the People's motion to dismiss the indictment is granted. Accordingly, the indictment is dismissed and sealed.

This constitutes the decision and order of the Court.

Dated: March 16, 2023

*[signature]*

HON. MATTHEW D'EMIC
JUSTICE OF THE SUPREME COURT

**HON. MATTHEW J. D'EMIC**